# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| Niya Kenny, et al., | ) | C/A No.: 2:16-cv-2794 DCN |
| Plaintiffs, | ) | **ORDER** |
| -vs- | ) | |
| Alan Wilson, et al., | ) | |
| Defendants. | ) | |

This matter is before the court upon plaintiffs' motion to extend the deadline to file a motion for attorneys' fees and costs. This motion was filed on April 28, 2023. The court is informed that defendants consent to this motion. It is therefore

**ORDERED,** that the motion is **GRANTED.** Plaintiffs shall have until June 1, 2023 to file a motion for attorneys' fees and costs.

**AND IT IS SO ORDERED.**

David C. Norton
United States District Judge

May 3, 2023
Charleston, South Carolina